**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FERNANDO DELGADO,<br>        PLAINTIFF,<br><br>V.<br><br>MIDLAND CREDIT MANAGEMENT, INC.<br>        DEFENDANT. | CASE No.<br><br>COMPLAINT AND DEMAND FOR JURY TRIAL |

## INTRODUCTION

1. This is an action for actual, statutory damages, attorney's fees, and costs brought by Plaintiff Fernando Delgado, an individual consumer, against Defendant Midland Credit Management, Inc. ("MCM"), for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors, such as MCM from engaging in abusive, deceptive, and unfair practices, aginst consumers such as Mr. Delgado.

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C § 1692k(d) and 28 U.S.C 1331. Venue in this District is proper in that the Defendant transacts business in Suffolk County, New York and the conduct complained of occurred in Suffolk County, New York.

## PARTIES

3. Plaintiff Fernando Delgado (hereinafter "Plaintiff") is an individual residing in Suffolk County, New York. Plaintiff qualifies as a consumer under the Fair Debt Collection

Page 1 of 4

Practices Act, 15 U.S.C. §1692a(3).

4. Upon information and belief, Defendant is a California corporation.

5. Defendant engages in the use of instrumentalities of interstate commerce or the mails as part of its business, the principal purpose of which is the collection of debts, or regularly collects or attempts to collect, either directly or indirectly, debts owed or alleged to be owed by others. As such, Defendant is a "debt collector" as defined by 15 U.S.C. §1692a(6).

## FACTS OF THE COMPLAINT

6. The term "debt" is defined under the FDCPA, 15 U.S.C. § 1692a(5), as any obligation or alleged obligation of a consumer to pay money arising from a transaction in which the money, property, insurance, or services involved are primarily for personal, family, or household purposes, regardless of whether the obligation has been reduced to judgment.

7. On or about October 25, 2025, Plaintiff mailed a dispute letter to Defendant disputing the alleged debt owed to CitiBank N.A.

8. On October 31, 2025, Plaintiff received notification from USPS that Plaintiff letter was delivered.

9. On November 29, 2025, Plaintiff reviewed his credit report, which showed Defendant had last updated the collection account on November 21, 2025, and failed to mark the account as disputed, in violation of the FDCPA.

10.　Defendant's publishing of such inaccurate and incomplete information has severely damaged the personal and credit reputation of Plaintiff and caused severe humiliation, emotional distress, mental anguish, and lower FICO Scores

**FIRST CLAIM FOR RELIEF**
**Fair Debt Collection Practices Act**
**15 U.S. Code § 1692e(8)**

11.　Plaintiff re-alleges and reincorporates by reference paragraphs 1-10 above.

12.　The Defendant violated the FDCPA.

13.　Defendant violations include, but are not limited to, the following:

(a)　The Debt Collector violated 15 U.S.C § 1692e(8) of the FDCPA by failing to disclose to the consumer reporting agencies that alleged debt was in dispute by Plaintiff.

14.　As a result of the above violations of the FDCPA, Defendant is liable to Plaintiff actual damages, statutory damages, costs and attorney's fees.

**JURY DEMAND AND PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against Defendant :

A.　Actual damages in an amount to be proven at trial pursuant to 15 U.S.C § 1692k(a)(1);

B.　Statutory damages of up to $1,000 pursuant to 15 U.S.C §1692k(a)(2)(A);

C. Costs of the action, together with reasonable attorney's fees, pursuant to 15 U.S.C § 1692k(a)(3); and

D. For such other and further relief as the Court may deem just and proper.

Dated: April 1, 2026                         Respectfully submitted:

**Randall Steketee, Esq.**
randall@steklawfirm.com
254 W. 31st Street, 6th Floor
New York, NY 10001
Phone:  917-882-8876
Fax:      917-398-7070
Attorney for Plaintiff